PROB 12B
(7/93)

# United States District Court
## for the Northern District of New York

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*



U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
NOV 15 2011
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

Name of Offender: Anthony Jackson         Case Number: 5:03CR00243-013

Name of Sentencing Judicial Officer: Honorable Norman A. Mordue, Chief U.S. District Judge

Date of Original Sentence: January 5, 2005

Original Offense: Conspiracy to Engage in a Pattern of Racketeering Activity

Original Sentence: 189 months imprisonment (11/10/11: Time Served) and 4 years supervised release

Type of Supervision: Supervised Release         Date Supervision Commenced: November 10, 2011

## PETITIONING THE COURT

[ ]  To extend the term of supervision for years, for a total term of years.
[X]  To modify the conditions of supervision as follows:

1.  You shall submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

## CAUSE

The defendant was sentenced on January 5, 2005, prior to the adoption of the above-noted search condition as a standard condition in the Northern District of New York. On November 14, 2011, this condition was reviewed with the defendant who signed a voluntary Waiver of Hearing to Modify Conditions of Supervised Release (see attached PROB Form 49 signed by the defendant), which if approved, would add this now standard condition to his term of supervised release. At this time, the Probation Office recommends the addition of this search condition. If the Court concurs with our recommendation, this petition needs to be signed and filed with the Court Clerk's Office.

Respectfully submitted,

Approved by: *[signature]*                           by: *[signature]*
LORI ALBRIGHT                                             MICHAEL J. KESTER
Supervising U.S. Probation Officer                        Senior U.S. Probation Officer
                                                          Date: 11/15/2011

**THE COURT ORDERS**
[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other

*[signature]*
Signature of Judicial Officer

Nov. 15, 2011
Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court and it is in no way binding upon the Court. The Court has the discretion to order a hearing.** I agree to the following modification of my Conditions of Supervised Release:

1. You shall submit your person, and any property, house, residence, vehicle, papers, effects, computer, electronic communications devices, and any data storage devices or media, to search at any time, with or without a warrant, by any federal probation officer, or any other law enforcement officer from whom the Probation Office has requested assistance, with reasonable suspicion concerning a violation of a condition of probation or supervised release or unlawful conduct by you. Any items seized may be removed to the Probation Office or to the office of their designee for a more thorough examination.

Witness: *[signature]*
Michael Kester
Senior U.S. Probation Officer

Signed: *[signature] Anthony Jackson*
Anthony Jackson
Supervised Releasee

November 14, 2011
Date