Prob12B
(7/93)

# United States District Court
## for the Northern District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Anthony Jackson        Case Number: 5:03CR00243-013

Name of Sentencing Judicial Officer: Honorable Norman A. Mordue, Senior U.S. District Judge

Date of Original Sentence: January 5, 2005

Original Offense: Conspiracy to Engage in a Pattern of Racketeering Activity

Original Sentence: 189 Months Imprisonment (Sentence reduced to 157 months on April 10, 2008, pursuant to 18 U.S.C. § 3582(c)(2). Sentence further reduced to 112 months on October 25, 2011, pursuant to 18 U.S.C. § 3582(c)(2).

Type of Supervision: 4 Years Supervised Release        Date Supervision Commenced: November 10, 2011

## PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total term of years.
[X] To modify the conditions of supervision as follows:

1. You shall perform 25 hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

## CAUSE

Anthony Jackson was sentenced to 189 months imprisonment and 4 years supervised release on January 5, 2005, following his conviction for Conspiracy to Engage in a Pattern of Racketeering Activity, in violation of 18 U.S.C. Section 1962(d). On April 10, 2008, , Jackson's sentence was reduced to 157 months imprisonment pursuant to the retroactive application of the U.S. Sentencing Guidelines. On October 25, 2011, Jackson's sentence was further reduced to 112 months imprisonment pursuant to the retroactive application of the U.S. Sentencing Guidelines. Jackson was released from federal custody and began his term of supervised release on November 10, 2011.

On or about Friday, January 23, 2015, at approximately 11:00pm at the TGI Friday's restaurant located within Destiny USA mall, the offender was directly observed congregating with known gang members by a member of the Syracuse Police Department. A pair of the known congregators are also on supervised release and the offender is aware that he should not be associating with any person convicted of a felony, unless granted permission by the probation officer. The Probation Office is recommending 25 hours of community service as a sanction for the offender's he Probation Office is recommending 25 hours of community service as a sanction for the offender's association with a known felon. Jackson is agreeable with this modification and he signed the Waiver for a Modification Hearing. If the Court agrees to the proposed modification, Probation Form 12B and Probation Form 49 will need to be filed with the Clerk's Office.

Approved by:        Respectfully submitted,

Michael J. Kester        by:    James Mathers
Supervising U.S. Probation Officer        U.S. Probation Officer
        Date: 4/3/2015

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer
April 14, 2015
Date

PROB 49
NNYrev.6/10

Waiver of Hearing to Modify Conditions
of Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have a right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. **I am fully aware this is only a proposal to the Court to address the alleged violation(s) and it is in no way binding upon the Court. The Court has the discretion to order a hearing which could result in a different sanction being imposed.** I agree to the following modification of my Conditions of Supervised Release or to the proposed extension of my term of supervision:

1. You shall perform 25 hours of community service. The site, schedule, and conditions shall be approved by the probation officer.

Witness: _____
U.S. Probation Officer

Signed: _____
Supervised Releasee

_____
3/31/15
Date